IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS DRILL SERVICES INC, | No. C-09-05737 EDL |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| DAN'S WATER WELL & PUMP SERVICE, et al., | |
| Defendants. / | |

At the Case Management Conference on March 16, 2010, the Court ordered that:

1. No later than March 19, 2010, Defendants shall provide the case name and number of the Alameda County Superior Court case brought by Colonial Pacific Leasing against Defendants.

2. Initial disclosures shall be made no later than March 30, 2010.

3. Subject to the mediator's schedule, the parties shall mediate this matter in June 2010. In the interest of meaningful mediation, the parties shall meet and confer in an effort to agree on limited discovery (e.g., only one or two short depositions per side, without prejudice to completion of the depositions post-mediation and further depositions) that should be completed in advance of the mediation. This pre-mediation discovery period may also include direct communication between the parties with the attorneys' permission, which both attorneys gave orally at the Case Management Conference.

//
//
//
//

4. A further Case Management Conference is scheduled for June 29, 2010 at 10:00 a.m. The parties shall file a joint case management conference statement no later than June 22, 2010.

**IT IS SO ORDERED.**

Dated: March 17, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge