James G. Schwartz, Esq. (# 069371)
Joshua D. Brysk, Esq. (#184200)
Law Offices of James G. Schwartz
A Professional Corporation
7901 Stoneridge Drive, Suite 401
Pleasanton, California 94588
Telephone: (925) 463-1073
Facsimile: (925) 463-2937

Attorneys for Plaintiff and Counter defendant
DOUGLAS DRILL SERVICES, INC.
and for Third-Party Defendant
REICHDRILL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS DRILL SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAN'S WATER WELL & PUMP SERVICE, INC.; DAN'S WATER WELLS, <br><br> Defendant(s) | Case No.: C-09-05737 EDL <br> ORDER GRANTING <br> REQUEST FOR TELEPHONIC APPEARANCE <br> RE: CASE MANAGEMENT CONFERENCE <br><br> Date: July 1, 2010 <br> Time: 10:00 A.M. <br> Room: E <br> Judge: Hon. Elizabeth D. Laporte |
| DAN'S WATER WELLS & PUMP SERVICE, INC.; and DAN'S WATER WELLS, <br><br> Counterclaimants, <br><br> DOUGLAS DRILL SERVICES, INC. <br> Counterdefendant, <br><br> vs. <br><br> DAN'S WATER WELL & PUMP SERVICE, INC.; DAN'S WATER WELLS, <br><br> Third-Party Plaintiff | |
| REICHDRILL, INC. <br><br> Third-Party Defendant, | |

Law Offices of
JAMES G. SCHWARTZ
7901 Stoneridge Drive
Suite 401
Pleasanton, CA 94588
(925) 463-1073

Request for Telephonic Appearance

1

The undersigned party hereby requests to appear telephonically in the above-entitled action at the Case Management Conference on July 1, 2010. Plaintiff's counsel understands that the Court will telephone plaintiff's counsel directly at the above date, time and telephone number.

Dated: June 22, 2010                                      **The Law Offices of James G. Schwartz**
**A Professional Corporation**

/s/ Joshua D. Brysk
Joshua D. Brysk
Attorneys for Plaintiff and Counter defendant
DOUGLAS DRILL SERVICES, INC.
and for Third-Party Defendant
REICHDRILL, INC.

f:\douglas drill services\pleading\federal court\request for telephonic appearance 062210.doc 18230008

IT IS SO ORDERED

Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Law Offices of
JAMES G. SCHWARTZ
7901 Stoneridge Drive
Suite 401
Pleasanton, CA 94588
(925) 463-1073