IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS DRILL SERVICES INC, | No. C-09-05737 EDL |
| Plaintiff, | **ORDER EXTENDING MEDIATION DEADLINE AND SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| DANS WATER WELL & PUMP SERVICE, et al., | |
| Defendants. / | |

On August 26, 2010, the parties filed a stipulation to extend time to complete mediation in this case. Good cause appearing, the deadline to complete mediation is continued to October 1, 2010. A case management conference is scheduled for October 12, 2010 at 10:00 a.m. The parties shall file a joint case management conference statement no later than October 5, 2010.

**IT IS SO ORDERED.**

Dated: August 27, 2010

                                                                          *Elizabeth D. Laporte*
                                                                          ELIZABETH D. LAPORTE
                                                                          United States Magistrate Judge