James G. Schwartz, Esq. (# 069371)
Joshua D. Brysk, Esq. (#184200)
Law Offices of James G. Schwartz
A Professional Corporation
7901 Stoneridge Drive, Suite 401
Pleasanton, California 94588
Telephone: (925) 463-1073
Facsimile: (925) 463-2937

Attorneys for Plaintiff and Counter defendant
DOUGLAS DRILL SERVICES, INC.
and for Third-Party Defendant
REICHDRILL, INC.

James M. Braden (State Bar No. 102397)
Pamela J. Sieux (State Bar No. 201102)
Law Offices of James M. Braden
44 Montgomery Street, Suite 1210
San Francisco, CA 94104
Telephone: (415) 398-6865
Facsimile: (415) 788-5605
Email: Braden@sf-lawyer.com

Attorneys for Defendants and Counterclaimants
 DAN'S WATER WELL & PUMP SERVICE, INC. and
 DAN'S WATER WELLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS DRILL SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAN'S WATER WELL & PUMP SERVICE, INC.; DAN'S WATER WELLS, <br><br> Defendant(s) <br><br> DAN'S WATER WELL & PUMP SERVICE, INC.; and DAN'S WATER WELLS, <br><br> Counterclaimants, <br><br> DOUGLAS DRILL SERVICES, INC. <br> Counterdefendant, | Case No.: C-09-05737 EDL <br><br> STIPULATION AND REQUEST FOR ORDER TEMPORARILY RELIEVING THE PARTIES OF THE DUTY TO MEDIATE THIS CASE WITH THE FEDERAL MEDIATOR, IN FAVOR OF THEIR CONDUCTING A PARTIES-ONLY MEETING IN PENNSYLVANIA WITHIN THE NEXT 30 DAYS <br><br> Date: No Date Set for This Stipulation <br> Time: No Time Set for This Stipulation <br> Courtroom: E <br> Judge: Hon. Elizabeth D. Laporte |

1

---

STIPULATION AND REQUEST FOR ORDER
TEMPORARILY RELIEVING THE PARTIES OF THE
DUTY TO MEDIATE

| | |
|---|---|
| vs. | ) |
| | ) |
| DAN'S WATER WELL & PUMP SERVICE, | ) |
| INC.; DAN'S WATER WELLS, | ) |
| | ) |
| Third-Party Plaintiff | ) |
| | ) |
| REICHDRILL, INC. | ) |
| | ) |
| Third-Party Defendant, | ) |
| | ) |

The undersigned parties to the above-entitled action hereby submit this Stipulation and Request for Order.

(1) The parties are currently ordered by the Court to participate in a Federal Mediation, conducted by Mediator Jonathan Schmidt, by October 1, 2010. Pursuant to this order, the parties several weeks ago scheduled the Mediation with Mr. Schmidt for Thursday, September 30, 2010.

(2) Since then, the parties have held direct discussions, without the direct participation of their lawyers. These discussions have resulted in the parties agreeing that in lieu of Mediation with Mr. Schmidt, they would prefer to hold a parties-only (no attorneys) meeting at the Pennsylvania headquarters of Douglas Drill Services, Inc. The principals of Dan's Water Well & Pump Service, Inc., which are Anna and Ivan Nahlik, are willing to travel to Douglas' Drill's Pennsylvania location to fully discuss all issues. A meeting in Pennsylvania has a number of advantages over the scheduled Federal Mediation in San Francisco, including that more than one Douglas Drill employee or officer will, if appropriate, be easily able to participate in person, and because there will be full and immediate access to all Douglas Drill records that may be relevant to this dispute. The Nahliks will take with them all of their own relevant records for use in the meeting.

(3) The parties agree to conduct the parties-only meeting in Pennsylvania within 30 days from the date this Stipulation is signed, i.e. by October 27, 2010. The parties agree that after the meeting is concluded, or after 30 days have passed from the date this Stipulation is signed, whichever

Law Offices of
JAMES G. SCHWARTZ
7901 Stoneridge Drive
Suite 401
Pleasanton, CA 94588
(925) 463-1073

**STIPULATION AND REQUEST FOR ORDER
TEMPORARILY RELIEVING THE PARTIES OF THE
DUTY TO MEDIATE**

comes first, the lawyers for the parties will file a Joint Report advising the Court of the results of the meeting, i.e. whether settlement was reached or not reached.

    (5)    The parties respectfully request that the Court approve this Stipulation as an Order of the Court.

Dated: September 27, 2010

**The Law Offices of James G. Schwartz**
**A Professional Corporation**

_____/s/ Joshua D. Brysk_____

Joshua D. Brysk
Attorneys for Plaintiff and Counter defendant
DOUGLAS DRILL SERVICES, INC.
and for Third-Party Defendant
REICHDRILL, INC.

Dated: September 27, 2010

**Law Offices of James Braden**

_____/s/ James Braden_____

James Braden
Attorneys for Defendants and Counterclaimants and Third-Party Plaintiffs
DAN'S WATER WELL & PUMP SERVICE, INC.
and DAN'S WATER WELLS

IT IS SO ORDERED

/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION AND REQUEST FOR ORDER TEMPORARILY RELIEVING THE PARTIES OF THE DUTY TO MEDIATE**

Law Offices of
JAMES G. SCHWARTZ
7901 Stoneridge Drive
Suite 401
Pleasanton, CA 94588
(925) 463-1073