**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS DRILL SERVICES INC, | No. C-09-05737 EDL |
| Plaintiff, | **ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| DANS WATER WELL & PUMP SERVICE, et al., | |
| Defendants. / | |

On January 7, 2011, the parties filed a joint case management conference requesting a thirty-day continuance of the case management conference. The case management conference is continued to February 16, 2011 at 4:00 p.m. No further continuances will be granted absent a strong showing of good cause.

**IT IS SO ORDERED.**

Dated: January 7, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge