IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS DRILL SERVICES INC,

    Plaintiff,

  v.

DANS WATER WELL,

    Defendants.

                                            /

No. 09-05737 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On February 7, 2011, Plaintiff's counsel filed a request to appear telephonically at the case management conference set for February 16, 2011 at 4:!5 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court.

Dated: February 7, 2011

                                                    ELIZABETH D. LAPORTE
                                                    United States Magistrate Judge