IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS DRILL SERVICES INC, | No. C-09-05737 EDL |
| Plaintiff, | **ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| DANS WATER WELL & PUMP SERVICE, et al., | |
| Defendants. | |

On February 11, 2011, the parties filed a joint case management conference requesting a thirty-day continuance of the case management conference. The Court has already granted numerous continuances of the conference. In the last order, dated January 7, 2011, the Court stated that "No further continuances will be granted absent a strong showing of good cause." Because the parties have not made a strong showing of good cause to obtain a further continuance, the request to continue is denied.

**IT IS SO ORDERED.**

Dated: February 14, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge