IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS DRILL SERVICES INC,

    Plaintiff,

v.

DANS WATER WELL,

    Defendants.

No. 09-05737 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On July 19, 2012, Plaintiff's counsel filed a request to appear telephonically at the hearing set for July 31, 2012 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: July 20, 2012

                                          ELIZABETH D. LAPORTE
                                          United States Magistrate Judge